**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000880
31-JUL-2020
09:26 AM**

NO. CAAP-19-0000880

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
BRONSON LEE GANIGAN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-17-0000606)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed July 7, 2020, by Defendant-Appellant Bronson Lee Ganigan (Ganigan), the papers in support, and the record, it appears that the parties stipulate to dismiss this docketed appeal, under Hawaii Rules of Appellate Procedure (HRAP) Rule 42(b), and attached to the Stipulation for Dismissal of Appeal is Ganigan's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, July 31, 2020.

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge